972 SWARTHOUT (Admr.) vs. CIRCUIT JUDGE (Bay), No. 16198.

To require respondent to settle the testimony in a chancery cause, after the time had been extended the full four months, and that time had expired.

Denied with costs, April 17, 1897.

973 HAZZARD vs. CIRCUIT JUDGE (Lenawee), No. 16047.

To compel respondent to settle the testimony in a chancery cause, on appeal by defendant to the Supreme Court.

Granted February 9, 1897, with costs against complainant.

The time had been extended the full four months. Appellant gave notice of settlement for the last day. At the hearing on said application defendant's counsel presented the testimony, a copy of which had been served upon complainant's counsel. The latter objected on the ground that the case presented for settlement did not conform to the requirements of Act No. 186, Public Acts of 1895.

974 HOLTON vs. CIRCUIT JUDGE (Gratiot), No. 16392½.

To require respondent to settle the testimony in a chancery cause.

Order to show cause denied June 22, 1897.

Relator filed a bill for divorce, an order pro confesso was entered, testimony taken and decree entered dismissing the bill.

Upon presentation of the testimony the court ordered that the testimony taken in a prior case between the same parties be included. Relator contends that said order is oppressive in that it involves an expense which he is unable to pay.